UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MICHAEL GLAUB                                    CIVIL ACTION

VERSUS                                           NO: 12-1298

BURL CAIN, WARDEN                          SECTION: R(2)

**ORDER**

The Court, having reviewed *de novo* the petition for *habeas corpus* filed by Michael Glaub,[1] the applicable law, the Magistrate Judge's Report and Recommendation,[2] and Glaub's objection,[3] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

In his objection to the Magistrate's Report and Recommendation, petitioner asserts that he had cause for his failure to exhaust state court remedies because his state court lawyers were constitutionally defective.[4] Accordingly, petitioner asks for a stay and abeyance to exhaust these claims. *See Rhines v. Weber*, 544 U.S. 269, 277 (2005)("stay and abeyance is only appropriate when the district court determines there was good cause for the petitioner's failure to exhaust his claims in

---

[1]     R. Doc. 1.

[2]     R. Doc. 10.

[3]     R. Doc. 11.

[4]     *Id.* at 1.

state court"). Here, however, the record contains a letter that petitioner's state appellate counsel sent to him on May 25, 2011, the day after the Louisiana Fifth Circuit Court of Appeals decision was issued.[5] Petitioner's counsel told him that it had decided not to seek review with the Louisiana Supreme Court, but that he could "apply *pro se* to the Supreme Court and any writ application should be filed within thirty days from the date of judgment (May 24, 2011)." Petitioner was therefore informed of the applicable deadlines, knew that his counsel would not file an appeal, and nonetheless chose not to file one. Petitioner fails to demonstrate good cause to stay the proceedings.

Accordingly, IT IS ORDERED that Glaub's motion to stay is DENIED, and his petition for a writ of *habeas corpus* is DISMISSED WITHOUT PREJUDICE. The Court will not issue a certificate of appealability.

New Orleans, Louisiana, this 31st day of July, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5] R. Doc. 1-2 at 25.